No. 5,651.—STATE, RESPONDENT, *v.* CLIFTON C. DORRIS, APPELLANT.

*Appeal from District Court, Silver Bow County.*

Decided March 18, 1925.

PER CURIAM.—Pursuant to praecipe of counsel for appellant, it is ordered that the appeal in the above-entitled cause be, and the same is hereby, dismissed.

*Mr. T. J. Davis* and *Mr. Brice Toole,* for Appellant.